**SO ORDERED.**

UNITED STATES BANKRUPTCY COURT -- DISTRICT OF ARIZONA

| Name of Debtor(s): | Case No. (if known) 08- |
|---|---|

Dated: December 19, 2008

**APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE
FOR INDIVIDUALS WHO CANNOT PAY THE FILING FEE IN INSTALLMENTS**

*Clarence Case*

CHARLES G. CASE, II
U.S. Bankruptcy Judge

### Part A. Family Size and Income

1. Including yourself, your spouse, and dependents you have listed or will list on Schedule I (Current Income of Individual Debtor(s)), how many people are in your family? (Do not include your spouse if you are separated AND are not filing a joint petition).  **3**

2. Restate the following information that you provided, or will provide, on Line 16 of Schedule I. Attach a completed copy of Schedule I, if it is available.

   | Total Combined Monthly Income (Line 16 of Schedule I): | $600.00 |
   |---|---|

3. State the monthly net income, if any, of dependents included in Question 1 above. Do not include any income already reported in Item 2. If none, enter $0.  **$ 0**

4. Add the "Total Combined Monthly Income" reported in Question 2 to your dependents' monthly net income from Question 3.  **$ 600.00**

5. Do you expect the amount in Question 4 to increase or decrease by more than 10% during the next 6 months? ☐ Yes ☒ No
   If yes, explain.

### Part B. Monthly Expenses

6. EITHER (a) attach a completed copy of Schedule J (Schedule of Monthly Expenses), and state your total monthly expenses reported on Line 18 of that Schedule,
   OR (b) if you have not yet completed Schedule J, provide an estimate of your total monthly expenses.  **$ 2228.00**

7. Do you expect the amount in Question 6 to increase or decrease by more than 10% during the next 6 months? ☐ Yes ☒ No
   If yes, explain.

### Part C. Real and Personal Property

EITHER (1) attach completed copies of Schedules A (Real Property) and Schedule B (Personal Property),
OR (2) if you have not yet completed those schedules, answer the following questions.

8. State the amount of cash you have on hand:  **$**

9. State below any money you have in savings, checking, or other accounts in a bank or other financial institution.

| Bank or Other Financial Institution | Type of Account (savings, checking, CD) | Amount |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| 10. State below the assets owned by you. **Do not list ordinary household furnishings and clothing.** | | | |
|---|---|---|---|
| Home | Address: 3619 N. 87 St. Scottsdale, AZ 85251 | Value: $260,000.00 | Amount owed on mortgages and liens: $112,242.29 |
| Other real estate | Address: | Value: $ | Amount owed on mortgages and liens: $ |
| Motor vehicle Lexus 400 | Model/Year: 1991; 250,000 mi; major body damage | Value: $500.00 | Amount owed: $0 |
| Motor vehicle Chevy | Model/Year: 1977 Impala wagon; 250,000 mi | Value: $800.00 | Amount owed: $0 |
| Other | Description: | Value: $ | Amount owed: $ |

11. State below any person, business, organization, or governmental unit that owes you money and the amount that is owed.

| Name of Person, Business, or Organization that Owes You Money | Amount owed |
|---|---|
|  | $ |
|  | $ |
|  | $ |

**Part D.    Additional Information**

12. Have you paid an **attorney** any money for services in connection with this case, including the completion of this form, the bankruptcy petition, or schedules?
    ☐ Yes  ☑ No      If yes, how much have you paid?   $

13. Have you promised to pay or do you anticipate paying an **attorney** in connection with your bankruptcy case?
    ☐ Yes  ☑ No      If yes, how much have you promised to pay or do you anticipate paying?   $

14. Have you paid **anyone other than an attorney** (such as a bankruptcy petition preparer, paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form, the bankruptcy petition, or schedules?
    ☑ Yes  ☐ No      If yes, how much have you paid?   $ 200.00

15. Have you promised to pay or do you anticipate paying **anyone other than an attorney** (such as a bankruptcy petition preparer, paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form, the bankruptcy petition, or schedules?
    ☐ Yes  ☑ No      If yes, how much have you promised to pay or do you anticipate paying?   $

16. Has anyone paid an attorney or other person or service in connection with this case, on your behalf?   ☐ Yes  ☑ No
    If yes, explain.

Official Form 3B cont'd (12/07)

17. Have you previously filed for bankruptcy relief during the past 8 years?  ☐ Yes  ☒ No

| Case Number (if known) | Year filed | Location of filing | Did you obtain a discharge? (if known) | | |
|---|---|---|---|---|---|
| | | | ☐ Yes | ☐ No | ☐ Don't know |
| | | | ☐ Yes | ☐ No | ☐ Don't know |

18. Please provide any other information that helps to explain why you are unable to pay the filing fee in installments.

*Most of income goes to pay mortgages.*

19. I (we) declare under penalty of perjury that I (we) cannot currently afford to pay the filing fee in full or in installments and that the foregoing information is true and correct.

Executed on: 12/18/08
Date

/s/ Maureen K. Burke
Signature of Debtor

_____
Date

/s/ _____
Signature of Joint Debtor

### DECLARATION AND SIGNATURE OF BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required under that section.

_____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

Social Security No.
(Required by 11 U.S.C. § 110)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and Social Security number of the officer, principal, responsible person, or partner who signs the document.*

Address

/s/ _____
Signature of Bankruptcy Petition Preparer

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual: *Please See: Form 1 - Voluntary Petition p. 3; Disclosure Statement end of Ch. 7 filing*

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*